# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00847-CV

**In re Alisa A. Golz**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Alisa A. Golz has filed a pro se petition for writ of mandamus complaining of the trial court's alleged failure or refusal to set a hearing on relator's petition for writ of habeas corpus in connection with the State's motion to revoke probation in the underlying felony matter. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

It is relator's burden to properly request and show entitlement to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Davidson*, 153 S.W.3d 490, 491 (Tex. App.–Amarillo 2004, orig. proceeding). In this regard, the relator must provide the reviewing court with a record sufficient to establish the right to the relief sought. *Id.* at 837; *In re Blakeney*, 254 S.W.3d at 661–62; *see also* Tex. R. App. P. 52.3(k) (specifying required contents for appendix, including "a certified or sworn copy of any order complained of, or any other document showing the matter complained of); 52.7(a) (specifying required contents for record,

including "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

Here, Golz has not provided this Court with a record or certified or file-stamped copy of the habeas petition allegedly pending before the trial court or of any correspondence with the trial judge (or appropriate court coordinator) expressly requesting a hearing on the motion. We therefore conclude that, based on the record provided, Golz has failed to show her entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. See Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed:   November 4, 2025

2